NO. 12-04-00055-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




ASHLEY FAGAN,
§
 APPEAL FROM THE 

APPELLANT


V.
§
 COUNTY COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to the offense of criminal mischief. The trial court assessed
punishment at confinement for fifteen months, probated, and one year in jail. We have received the
trial court's certification showing that Appellant waived her right to appeal. See Tex. R. App. P.
25.2(c)(3)(B). Accordingly, the appeal is dismissed for want of jurisdiction.

Opinion delivered March 17, 2004.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.







(DO NOT PUBLISH)